UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALFONSO REYNA, | No.  2:22-cv-2295 KJN P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| THERESA CISNEROS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner paid the filing fee.  On March 29, 2019, petitioner was convicted of murder/robbery under special circumstances, and felon in possession of a firearm; he was sentenced to life without parole.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  <u>See</u> 18 U.S.C. § 3006A(a)(2)(B); <u>see also</u> <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention:  Habeas Appointment.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

1

4. Within sixty days from the date of this order, counsel shall notify the court whether counsel intends to file an amended petition or will proceed on the original pro se petition.

5. The Clerk of the Court is directed to serve a copy of this order on the office of the Federal Defender.

Dated: April 12, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/reyn2295.110a