UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALFONSO REYNA,<br><br>Petitioner,<br><br>v.<br><br>THERESA CISNEROS, Warden,<br><br>Respondent. | No. 2:22-cv-2295 KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding through appointed counsel. On December 28, 2023, petitioner's counsel filed a motion for a sixty-day extension of time to file an amended habeas petition. Petitioner shows good cause for the extension of time, and respondent does not oppose the extension. Therefore, the motion is granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 23) is granted; and

2. Petitioner shall file the amended petition on or before March 4, 2024.

Dated: January 12, 2024

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/reyn2295.eot2

1