UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALFONSO REYNA, | No. 2:22-cv-2295 KJN P |
| Petitioner, | |
| v. | ORDER |
| THERESA CISNEROS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through appointed counsel. On February 26, 2024, petitioner's counsel filed a motion for a sixty-day extension of time to file an amended habeas petition. Petitioner shows good cause for the extension of time, and respondent does not oppose the extension. Therefore, the motion is granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 25) is granted; and

2. Petitioner shall file the amended petition on or before May 3, 2024.

Dated: February 29, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/reyn2295.ext

1