IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO ALFONSO REYNA,** | Case No. 2:22-cv-2295 CSK P |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **THERESA CISNEROS, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus. Petitioner filed an amended petition. On June 13, 2024, respondent filed a motion for first extension of time to respond to the amended petition. Petitioner does not oppose the motion. (ECF No. 29 at 1.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion (ECF No. 29) is granted; and

2. Respondent's answer shall be filed on or before August 13, 2024.

Dated:  June 17, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/reyn2295.ext

1