DAVID L. ANNICCHIARICO (Bar No. 247544)
Law Office of David L. Annicchiarico
584 Castro Street, Suite 654
San Francisco, California 94114
(415) 948-5576
WriteToDavidA@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| ANTONIO ALFONSO REYNA, | Case No.: 2:22-cv-2295 KJM CSK P |
| Petitioner | [PROPOSED] ORDER GRANTING EXTENSION OF TIME |
| v. | |
| THERESA CISNEROS, | |
| Respondent | |

Petitioner is a state prisoner, proceeding through appointed counsel.  On August 13, 2024, petitioner's counsel filed a motion for a 90-day extension of time to file his habeas reply. Petitioner shows good cause for the first extension of time, and respondent does not oppose the extension.  Therefore, the request is granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1.    Petitioner's motion is granted; and

2.    Petitioner shall file his habeas reply on or before November 21, 2024.

Dated:  08/22/24

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/reyn2295.eot

1