UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALFONSO REYNA, | No. 2:22-cv-02295 KJM CSK P |
| Petitioner, | |
| v. | ORDER |
| THERESA CISNEROS, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is petitioner's second motion for an extension of time to file objections to the findings and recommendations filed August 5, 2025. (ECF No. 39.) Petitioner's objections are currently due on October 8, 2025. (ECF No. 38.) In the pending motion, petitioner seeks a nine day extension of time to file his objections. (ECF No. 39.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 39) is granted; and

2. Petitioner's objections are due on or before October 17, 2025.

Dated: October 7, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Reyn2295.eot/2

1